# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 11-820-AG (PLA)                                         Date  April 22, 2011

Title:  Al L. Eleby v. J. Fitter, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                                  NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

On February 18, 2011, this Court issued an Order Dismissing Complaint with Leave to Amend. The Order gave plaintiff until March 18, 2011, to file a First Amended Complaint that remedied the deficiencies discussed in the Order. The Order expressly admonished plaintiff that, if he failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed. To date, plaintiff has not filed a First Amended Complaint.

Accordingly, **no later than May 13, 2011, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the First Amended Complaint on or before May 13, 2011, shall be deemed compliance with this Order to Show Cause. Plaintiff's failure to file a First Amended Complaint by May 13, 2011, shall result in the Court recommending that this action be dismissed.

cc:    Al L. Eleby, Pro Se

Initials of Deputy Clerk     ch