UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| AL L. ELEBY, | ) | No. CV 11-820-AG (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| J. FITTER, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow court orders.

DATED: July 24, 2011

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE